NATIONAL LABOR RELATIONS BOARD, Petitioner, v. RONNI PARFUM, Inc., and Ey-Teb Sales Corp., Respondents.

No. 261.

Circuit Court of Appeals, Second Circuit.

June 5, 1939.

Charles Fahy, Gen. Counsel, Robert B. Watts, Associate Gen. Counsel, and Christopher W. Hoey, Mortimer B. Wolf, Bertram Edises, and John H. Dorsey, all of

Washington, D. C., Attys., National Labor Relations Board, for petitioner.

Abraham B. Hertz, of New York City, for respondents.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Let an order of this court be entered in the same terms as the order of the Board.